No. 01–10579. WELLS v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–10580. ASIDO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–10581. JIMENEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–10582. LUGO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10583. BOUDWIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10585. KELLY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10586. LOPEZ v. SECRETARY OF THE NAVY ET AL. C. A. Fed. Cir. Certiorari denied.

No. 01–10587. HOM v. REUBINS. C. A. 2d Cir. Certiorari denied.

No. 01–10588. GARZA-GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10589. FINDLEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–10590. FRENCH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10591. HOLDEN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–10593. FOSTER, AKA JONES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10594. HERNANDEZ v. SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.